STATE OF NEW JERSEY v. WILLIAM COLANDREA.

June 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ERNEST HOWARD.

June 19, 1984.

Petition for certification denied.

ARTHUR DIAMOND v. BOARD OF REVIEW, DEPARTMENT OF LABOR & INDUSTRY, STATE OF NEW JERSEY.

June 19, 1984.

Petition for certification denied..

JOHN.TOMASIN v. THE TOWN OF WEST NEW YORK.

June·19, 1984. ·

Petition for certification denied.